**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

IN THE INTEREST OF: E.J.J., A MINOR   :  No. 884 MAL 2017

:

:

PETITION OF: D.D., NATURAL FATHER   :  Petition for Allowance of Appeal from

:  the Order of the Superior Court

## **ORDER**

**PER CURIAM**

      **AND NOW**, this 31st day of January, 2018, the Petition for Allowance of Appeal is **DENIED**.